**2014–0011. State v. Sullivan.**
Fairfield App. No. 13–CA–10, 2013-Ohio-5276. This cause, here on appeal from the Court of Appeals for Fairfield County, was considered in the manner prescribed by law. On consideration thereof, the judgment of the court of appeals is reversed on the authority of *State v. Johnson*, ___ Ohio St.3d ___,

2014-Ohio-5021, ___ N.E.3d ___, and this cause is remanded to the trial court for further proceedings.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.